IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TYSON GARCIA,

                    Petitioner,                          **8:22CV389**

          vs.

THE COURT,                                          **MEMORANDUM AND ORDER**

                    Respondent.

          On November 14, 2022, the Court ordered Petitioner to submit the $5.00 fee to the
Clerk's Office or submit a request to proceed in forma pauperis ("IFP") and file an
amended petition by December 14, 2022 (the "Order"). Filing No. 3. Petitioner was
notified that a failure to take either action would result in dismissal of this matter without
further notice. *Id.* To date, Petitioner has not paid the filing fee, moved to proceed IFP,
asked for an extension of time in which to do so, filed an amended petition, or otherwise
responded to the Order, and the time to do so has passed.

          IT IS THEREFORE ORDERED that:

          This case is dismissed without prejudice because Petitioner failed to prosecute it
and failed to comply with this Court's orders. No certificate of appealability has been or
will be issued. The Court will enter judgment by a separate document.

Dated this 5th day of January, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court